45D11-2005-CT-000515

USDC IN/ND case 2:22-cv-00136-TLS-APR, document 3 filed 05/18/20 page 1 of 3

Filed: 5/18/2020 1:58 PM
Clerk
Lake County, Indiana

Lake Superior Court, Civil Division 7

| STATE OF INDIANA | ) | IN THE LAKE CIRCUIT / SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING IN LAKE COUNTY, INDIANA |

| | | |
|---|---|---|
| PHYLLIS HARVEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: |
| | ) | |
| SAM'S CLUB, STORE #8174, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DAMAGES AND JURY DEMAND

COMES NOW, the Plaintiff, Phyllis Harvey, by counsel, Michael F. McFarland of the Law Firm of Walter J. Alvarez, P.C., and for her cause of action against Defendant, Sam's Club, Store #8174, states as follows:

1. This is a civil action for injuries and damages that the Plaintiff, Phyllis Harvey, sustained as a result of an incident that occurred on or about June 2, 2018, at the store located at 3134 East 79th Avenue, Hobart, Lake County, State of Indiana.

2. That the Defendant, Sam's Club, Store #8174, is located and/or doing business in Lake County, Indiana.

3. At said date and time, the Plaintiff was lawfully on the premises of the Defendant as an invitee and with the permission of, and for the benefit of, the Defendant.

4. At said date and time, due to the negligence of the Defendant, as the Plaintiff was walking into the store, she tripped and fell due to a flatbed cart, causing injuries to her person.

5. That the Defendant had a duty to the Plaintiff to maintain the entry way in a reasonably safe condition, and that the Defendant was negligent regarding same.

6. That the Defendant's negligence included, but is not limited to, all of the

EXHIBIT B

following:

    a.    Not keeping a safe and clear walkway for customers;

    b.    Failure to remove dangerous objects from customer walkways;

    c.    Leaving dangerous objects unattended;

    d.    Failure to exercise reasonable care to discover a dangerous condition which provided an unreasonable risk of harm to Plaintiff;

    e.    Failing to operate the establishment in a reasonably careful and prudent matter;

    f.    Failure to exercise reasonable care to protect invitees against danger, when the Defendant knew, or should have known that its invitees would not realize the danger or would fail to protect themselves against the danger;

    g.    Failing to follow recommendations that would prevent this aforementioned hazard;

    h.    Failing to provide adequate signage to alert the Plaintiff of the unsafe and/or dangerous conditions;

    i.    Failing to use the requisite degree of care that a reasonably prudent person would have used under the same or similar conditions; and

    j.    Failure to exercise reasonable and prudent care for the safety of their business invitees.

    k.    Negligent hiring and/or training and/or supervision of individuals, employees, and/or other entities;

    l.    Failing to adequately maintain the premises in a safe condition and/or alert the Plaintiff of the unsafe and/or dangerous conditions; and

    m.    Failure to comply with the doctrine of spoliation of evidence, pursuant to Indiana law, to maintain and preserve evidence.

7.    That a direct and proximate result of the negligence of the Defendant, the Plaintiff suffered injuries, some of which are permanent, incurred medical expenses for care, testing and treatment, suffered loss of wages and earning ability, and an inability to engage in her normal

daily activities for an indefinite period of time.

WHEREFORE, the Plaintiff demands judgment against the Defendant, Sam's Club, Store #8174, and prays as follows:

1. For reasonable compensatory damages;
2. For pre-judgment and post-judgment interest
3. For the costs of this action; and
4. For all other necessary and proper relief.

**WALTER J. ALVAREZ, P.C.**
Attorneys for Plaintiff

By: _____
Michael F. McFarland, #32393-45
WALTER J. ALVAREZ, P.C.
1524 West 96th Avenue
Crown Point, IN 46307
(219) 662-6400

**PLAINTIFF DEMANDS TRIAL BY JURY.**

**WALTER J. ALVAREZ, P.C.**
Attorneys for Plaintiff

By: _____
Michael F. McFarland, #32393-45
WALTER J. ALVAREZ, P.C.
1524 West 96th Avenue
Crown Point, IN 46307
(219) 662-6400